# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW E. ORSO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TODD DISNER, ET AL.,<br><br>　　　　Defendants. | Case No. CV 24-03403-DMG-RAO<br><br>**ORDER TO SHOW CAUSE WHY ORDER FOR SALE OF DWELLING SHOULD NOT BE MADE** |

　　Assignee of Record and Judgment Creditor Nationwide Judgment Recovery, Inc. ("Judgment Creditor") filed an Application for Order of Sale of a Dwelling. [Doc. # 20.] Judgment Creditor asks the Court to order the sale of the interest of Judgment Debtor Joann Patricia Cuddigan ("Judgment Debtor") in the dwelling and real property located at 12753 Periwinkle Dr., Santa Ana, California 92705 (the "Property") and order Judgment Debtor to show cause why such an order should not be made. *Id.*

　　**IT IS HEREBY ORDERED** that, pursuant to California Code of Civil Procedure section 704.770(a), Judgment Debtor and any other party in interest shall appear on **July 19, 2024, at 10:00 a.m.**, before the undersigned in the above-entitled court, located at the First Street Courthouse, 350 West 1st Street, Courtroom 8C, 8th

Floor, Los Angeles, California 90012-4565, to show cause, if any, why an order for the sale of Judgment Debtor's interest in the Property should not be made in accordance with the Application.

**IT IS FURTHER ORDERED** that Judgment Debtor and any other party in interest shall file any opposition to the Application no later than June 28, 2024. Any reply by Judgment Creditor shall be filed no later than July 5, 2024.

**IT IS FURTHER ORDERED** that Judgment Creditor shall serve a copy of this Order to Show Cause, the Application, and the notice of hearing in the form prescribed by the California Judicial Council on Judgment Debtor. Cal. Code Civ. Proc. Section 704.770(b). Copies of each of these documents shall also be personally served on the occupant(s) of the Property or, if no occupant is present at the time service is attempted, posted in a conspicuous place at the Property. *Id*. Service and posting of these documents shall be accomplished at least 30 days before the date of the hearing set forth above. *Id*. Judgment Creditor shall file proof of service no later than June 26, 2024.

**IT IS SO ORDERED.**

Dated:   June 11, 2024

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE